James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, Cal., v. James McNEALY.

No. 9412.

Circuit Court of Appeals, Ninth Circuit.

Jan. 4, 1940.

Frank J. Hennessy, U. S. Atty., and A. J. Zirpoli, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Vincent Cullinan, of San Francisco, Cal., for appellee.

Before WILBUR, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal herein, 30 F.Supp. 312, dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

H. C. JONES, Collector of Internal Revenue, v. KINGKADE HOTEL COMPANY, a Corporation.

No. 2025.

Circuit Court of Appeals, Tenth Circuit.

Dec. 4, 1939.

George H. McElroy, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

Richard A. Billups, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal, 30 F.Supp. 508, dismissed pursuant to stipulation.

Harry H. KLEIN, Plaintiff-Appellant, v. William FINKELSTEIN, Defendant-Appellee.

No. 136.

Circuit Court of Appeals, Second Circuit.

Dec. 26, 1939.

Morris Kirschstein, of New York City, for appellant.

Mock & Blum, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the District Judge, 27 F.Supp. 145, on the ground of non-infringement, without passing upon the validity of the claims in suit.